1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )  CASE NO.: 1:10-cr-0001 LJO
11                                    )
                   Plaintiff,         )  STIPULATION AND ORDER
12                                    )  CONTINUING SENTENCING HEARING
                                      )
13                                    )  Old Date:  May 6, 2013
           v.                         )  Old Time:  8:30 a.m.
14                                    )
                                      )  **New Date:  March 31, 2014**
15                                    )  **New Time:  8:30 a.m.**
    KEVIN PATRICK SLUGA,              )  **Court:      Four**
16                                    )    **(Hon. Lawrence J. O'Neill)**
                   Defendant.         )
17                                    )
                                      )
18

19      Defendant Kevin Patrick Sluga pleaded guilty on January 8, 2010

20 to the Information filed in this case.  Sentencing is currently set

21 for May 6, 2013, at 8:30 a.m.

22      This case is related to the pending case U.S. v. David Crisp, et

23 al. (No. 1:11-cr-0026 LJO), which the Court has designated as

24 complex, and which is set for trial on January 28, 2014.  The present

25 case concerns transactions or events related to the scheme and

26 artifice to defraud mortgage loan companies and federally insured

27 lending/financial institutions that is charged in U.S. v. David

28 Crisp, et al..

_____

1  To allow additional time for Mr. Sluga to fulfill his

2  obligations under the plea agreement, the parties hereby stipulate

3  and jointly request that the Court order that the sentencing hearing

4  in this case be continued from May 6, 2013 to March 31, 2014 at

5  8:30 a.m., which is after the anticipated completion of the trial in

6  U.S. v. David Crisp, et al., or to the earliest date thereafter that

7  is convenient to the Court.  The parties further stipulate and

8  jointly request that the Court extend the deadline to submit informal

9  objections to the Pre-Sentence Report (PSR) to three weeks prior to

10  the continued sentencing date, and extend the deadline to file formal

11  objections to the PSR to one week prior to the continued sentencing

12  date.

13                                         Respectfully submitted,

14  Dated:  April 18, 2013                 BENJAMIN B. WAGNER
                                           United States Attorney

15

16                                    By:  /s/ Kirk E. Sherriff
                                           KIRK E. SHERRIFF
17                                         HENRY Z. CARBAJAL III
                                           Assistant U.S. Attorneys

18

19

20
    Dated:  April 18, 2013                 /s/ George Buehler
21                                         (authorized on 4/18/13)
                                           GEORGE BUEHLER
22                                         Attorney for Defendant
                                           KEVIN PATRICK SLUGA

23

24

25

26

27

28

1

2                                    **ORDER**

3        The court has reviewed and considered the stipulation of the

4    parties to continue the sentencing hearing in this case.  Good cause

5    appearing, IT IS ORDERED that the sentencing hearing is continued

6    from May 6, 2013 to March 31, 2014 at 8:30 a.m., and that the

7    deadlines to submit informal objections and to file formal objections

8    to the Pre-Sentence Report are extended as set forth above.

9    IT IS SO ORDERED.

10   **Dated:    April 19, 2013           /s/  Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____